**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JASON A. COOK

                **Plaintiff,**

    v.

MICHAEL J. KENDLE, *et al.,*

                **Defendants.**

Case No.: 2:18-cv-57
Judge George C. Smith
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court upon the Motion of Defendants Auto-Owners Mutual Insurance Company and Michael J. Kendle ("Defendants") for Amended Order and Final Appealable Order (Doc. 21).

On September 20, 2018, Magistrate Judge Vascura dismissed all of Plaintiff's claims against Defendants with prejudice and remanded the remaining state-law cross-claim by Auto-Owners Mutual Insurance Company against Michael Kendle. (Doc. 20). Defendants ask the Court to amend the September 20, 2018 Order to state that it is a final appealable order as there is no just reason for delay. The Court finds that, after consideration of all relevant factors as provided by the Sixth Circuit Court of Appeals in *Corrosioneering, Inc. v. Thyssen Envtl. Sys., Inc.,* 807 F.2d 1279, 1282 (6th Cir. 1986), all factors weigh in favor of certification under Rule 54(b), and there is no just reason for delay of appellate review.

Based on the above, the Defendants' Motion for Amended Order and Final Appealable Order is hereby **GRANTED**. The Clerk shall enter final judgment in favor of Defendants on Plaintiffs' claims.

**IT IS SO ORDERED.**

                                         *s/ George C. Smith*
                                         **GEORGE C. SMITH, JUDGE**
                                         **UNITED STATES DISTRICT COURT**